TRINA A. HIGGINS, United States Attorney (#7349)
ADAM S. ELGGREN, Assistant United States Attorney (#11064)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: adam.elggren@usdoj.gov

FILED US District Court-UT
MAY 03 '23 AM11:42

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. DERRICK ALLEN BARNES, Defendant. | INDICTMENT<br><br>COUNT 1:<br><br>VIO. 18 U.S.C. § 922(g)(1), Felon in Possession of Firearm and Ammunition<br><br>Case: 2:23-cr-00174<br>Assigned To : Barlow, David<br>Assign. Date : 5/2/2023 |
|---|---|

The Grand Jury Charges:

## COUNT 1
18 U.S.C. § 922(g)(1)
Felon in Possession of Firearm and Ammunition

On or about April 11, 2023, in the District of Utah,

DERRICK ALLEN BARNES,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Smith & Wesson M&P Shield 9mm handgun; and associated

ammunition; and the firearm and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
ADAM S. ELGGREN
Assistant United States Attorney